**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 08a0307n.06
Filed: May 29, 2008

**No. 07-5782**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| CLESSIE MEADOR, et al., | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| Plaintiffs-Appellants, | ) | STATES DISTRICT COURT FOR THE |
| | ) | WESTERN DISTRICT OF KENTUCKY |
| v. | ) | |
| | ) | |
| HOUCHENS INDUSTRIES, INC., et al. | ) | |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |
| | ) | |

Before: NORRIS, GIBBONS, and GRIFFIN, Circuit Judges.

**PER CURIAM.** Plaintiff-appellant Clessie Meador sustained injuries in a grocery store when soft drinks fell on top of him. He and his wife, Sondra Meador, sued defendant-appellee Indiana Insurance Company, the grocery store's insurance provider. He argues that the insurance company violated the Kentucky Unfair Claims Settlement Practices Act by failing to pay his claim in good faith.

Having reviewed the parties' briefs and the applicable law and having had the benefit of oral argument, we conclude that a panel opinion further addressing the issues raised would serve no jurisprudential purpose. Therefore, on the grounds identified by the district court, we affirm the district court's judgment in favor of Indiana Insurance Company.